UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CLETA REYNOLDS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 2:06CV00009 ERW |
| | ) |
| LARRY CRAWFORD, et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendants Larry Crawford, Randee Kaiser, Jon Warren, Robert Capowski, Denis Agniel, Cindy Prudden, George Lombardi, and Nancy Yonkers, in the above-styled Complaint are **DISMISSED, with prejudice**, for failure to state a claim under either the Eighth or Fourteenth Amendments of the Constitution.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's Fourteenth Amendment claim against Defendant Sripatt Kulkanthorn is **DISMISSED with prejudice.** The only remaining claim against Defendant Sripatt Kulkanthorn, is that he violated Plaintiff's Eighth Amendment rights.

Dated this 21st Day of February, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE